UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 16-CV-914-JGB (SK) | Date | September 9, 2016 |
|---|---|---|---|
| Title | Gregory Goods v. Jeffery McCumber | | |

Present: The Honorable   Steve Kim, United States Magistrate Judge

| Marc Krause | n/a |
|---|---|
| Deputy Clerk | Court Smart / Recorder |
| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
| None present | None present |

**Proceedings:**     (IN CHAMBERS) ORDER TO SHOW CAUSE

On July 28, 2016, Respondent filed a notice of motion and motion to dismiss on statute of limitations grounds. (ECF No. 17). Pursuant to the Order Requiring A Response/Answer to Petition for Writ of Habeas Corpus, any opposition was due on August 29, 2016. (ECF No. 6). As of the date of this order, Petitioner has not filed an opposition. "The failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion." L.R. 7-12.

Accordingly, Petitioner is ORDERED TO SHOW CAUSE on or before **September 23, 2016** why Respondent's motion should not be granted and this action dismissed. Petitioner may discharge this order by filing an opposition to the motion to dismiss. If Petitioner files an opposition on or before September 23, 2016, Respondent may file an optional reply on or before September 30, 2016, at which time the matter will be taken under submission.

**Petitioner is advised that the failure to file a timely response to this order will result in a recommendation that this action be dismissed for failure to comply with a court order and failure to prosecute.** Fed. R. Civ. P. 41(b); L.R. 41-1. If Petitioner no longer wishes to pursue this action, Petitioner may voluntarily dismiss the action pursuant to Federal Rule of Civil Procedure 41(a) by filing a "Notice of Dismissal,"

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 16-CV-914-JGB (SK) | Date | September 9, 2016 |
|---|---|---|---|
| Title | Gregory Goods v. Jeffery McCumber | | |

attached.  The Clerk is directed to provide Petitioner with a Notice of Dismissal Form (CV-009).