O   JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY GOODS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JEFFREY MCCUMBER, Warden,<br><br>　　　　Respondent. | CASE NO. 2:16-CV-00914-JGB (SK)<br><br>**JUDGMENT** |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed, and this action is dismissed.

DATED: January 20, 2017

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HON. JESUS G. BERNAL
　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE